In re Lewis, Curtis, Jr.; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. F, No. 237,726; to the Court of Appeal, Third Circuit, No. KH 01-00896.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State ex rel. Johnson v. *1119 Day, 92-0122 (La.5/13/94), 637 So.2d 1062; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.